IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-907-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ALABAMA, ARKANSAS, ARIZONA, COLORADO, CALIFORNIA, CONNECTICUT, FLORIDA, GEORGIA, HAWAII, IOWA, INDIANA, LOUISIANA, MISSISSIPPI, NEVADA, NEW MEXICO, NORTH CAROLINA, OHIO, PENNSYLVANIA, SOUTH CAROLINA, TEXAS, VIRGINIA, WEST VIRGINIA, and WISCONSIN, *ex rel.* KRISTINA S. GRENWOOD, MISTY STOFFREGEN THWEATT, <br><br> Plaintiffs, <br><br> v. <br><br> MIMS MANAGEMENT GROUP, LLC, INSTITUTIONAL PHARMACY SOLUTIONS, LLC, NORTHEAST PHARMACEUTICALS, INC., DANIEL MIMS, and KRYSTAL MIMS, <br><br> Defendants. | **ORDER** <br><br> (UNDER SEAL) |

The United States, having notified the Court that it is not intervening in this action at this time pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint, the United States' notice that it is not intervening at this time, and this Order be unsealed and served upon the defendants by relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Should relators pursue this matter further, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. Should relators pursue this matter further, the parties shall serve all notices of appeal upon the United States;

6. Should relators pursue this matter further, all orders of this Court shall be sent to the United States; and that

7. Should relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED,** this the 3rd day of April, 2018.

*Louise V. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE